# UNITED STATES DISTRICT COURT
## District of Minnesota

**JUDGMENT IN A CIVIL CASE**

Adrian Jaramillo Salinas,

                Petitioner(s),

v.                                      Case Number: 26-cv-25 LMP/DLM

Joel Brott, Samuel Olson, Pamela Bondi, and Kristi Noem,

                Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Adrian J. S.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is GRANTED as follows:

a. The Court DECLARES that Adrian J. S. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.

b. The Government is ordered to provide Adrian J. S. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than January 15, 2026.

c. If the Government does not provide Adrian J. S. with a bond redetermination hearing as required by this Order, he must be immediately released from detention.

d. No later than January 16, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Adrian J. S.'s release.

Date: 1/9/2026                                                           KATE M. FOGARTY, CLERK